# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JONATHAN MORALES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3120

[April 21, 2022]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 50-2003-CF-014775-BXXX-MB.

Jonathan Morales, Graceville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***